```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 07 B 10972
   JOHN ROBERT RYMER
   TAMMY LYNN RYMER                      CHAPTER 13

                                         JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-9706     SSN XXX-XX-2954


---------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/19/07 and confirmed on 08/24/07.

   2.  The case was converted to Chapter 7 after confirmation, 06/23/2008.

   3.  The Debtor paid a total of $  17068.45 .

   4.  The Trustee made disbursements to creditors as follows:


---------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
---------------------------------------------------------------------
CITIMORTGAGE              CURRENT MORTG    12786.04             .00      12786.04
CITIMORTGAGE              MORTGAGE ARRE     8748.00             .00           .00
WELLS FARGO FINANCIAL AC  SECURED VEHIC     9725.00          494.07       1314.36
ALLIANCE ONE              UNSECURED        NOT FILED            .00           .00
ROUNDUP FUNDING LLC       UNSECURED          248.69             .00           .00
CONDELL MEDICAL CENTER    UNSECURED        NOT FILED            .00           .00
GREENLEAF ORTHOPAEDIC AS  UNSECURED        NOT FILED            .00           .00
JEFFREY J HICKS DPM       UNSECURED        NOT FILED            .00           .00
ROUNDUP FUNDING LLC       UNSECURED          169.37             .00           .00
NATIONAL CITY BANK        UNSECURED        NOT FILED            .00           .00
NORTH SHORE SANITARY DIS  UNSECURED          338.17             .00           .00
PROFESSIONAL ACCOUNT SER  UNSECURED        NOT FILED            .00           .00
ROUNDUP FUNDING LLC       UNSECURED          799.28             .00           .00
ROUNDUP FUNDING LLC       UNSECURED          392.19             .00           .00
VICTORY MEMORIAL HOSPITA  UNSECURED        NOT FILED            .00           .00
VISTA MEDICAL CENTER EAS  UNSECURED          234.83             .00           .00
CAPITAL ONE BANK          UNSECURED         1922.66             .00           .00
WELLS FARGO FINANCIAL AC  UNSECURED           10.31             .00           .00
ACTIVITY COLLECTION SVC   UNSECURED          159.60             .00           .00
ROUNDUP FUNDING LLC       UNSECURED          581.14             .00           .00
---------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
---------------------------------------------------------------------
        Summary of disbursements:
---------------------------------------------------------------------
                  SECURED    PRIORITY    UNSECURED    OTHER       TOTAL
---------------------------------------------------------------------
TOTAL CLMS ALLOWED  31259.04      .00      4856.24      .00    36115.28
PRINCIPAL PAID      14100.40      .00          .00      .00    14100.40
INTEREST PAID         494.07      .00          .00      .00      494.07
```

```
TOTAL PAID                14594.47         .00           .00          .00       14594.47
```
The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   3500.00
and was paid $   1260.00   direct and $   1290.03   through the plan.

The Trustee received $     733.80 .

Refunds to the Debtor totaled $    450.15 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 09/11/08                     /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                          PAGE   2
          CASE NO. 07 B 10972 JOHN ROBERT RYMER & TAMMY LYNN RYMER